# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 26, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

152934(77)

PEOPLE OF THE STATE OF MICHIGAN,
　　　　　Plaintiff-Appellee,

v

ERIC LAMONTEE BECK,
　　　　　Defendant-Appellant.
_____/

SC: 152934
COA: 321806
Saginaw CC: 13-039031-FC

　　　　On order of the Chief Justice, the motion of the Criminal Defense Attorneys of Michigan to extend the time for filing a brief amicus curiae and to waive the filing fee is GRANTED. The amicus brief submitted on October 23, 2018, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 26, 2018



Clerk